IN THE

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

24-13841

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

ROBERT PURBECK,

Defendant-Appellant.

_____

A DIRECT APPEAL OF A CRIMINAL CASE
FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, NEWNAN DIVISION

_____

MOTION TO EXTEND DEADLINE
FOR FILING INITIAL BRIEF

>LEIGH ANN WEBSTER
>Georgia State Bar Number: 968087
>Strickland Webster, LLC
>830 Glenwood Ave SE
>Suite 510-203
>Atlanta, GA 30316
>404-590-7967
>
>Attorney for Appellant

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

versus                                                        APPEAL NO. 24-13841

ROBERT PURBECK,

    Defendant - Appellant.
_____/

CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for certifies that the following listed attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal:

1. Batten Sr., Hon. Timothy C. – United States District Judge;

2. Bly, Hon. Christopher C. – United States Magistrate Judge;

3. Cannon, Hon. Regina D. – United States Magistrate Judge;

4. Hall, Andrew C. – Former counsel for Defendant/Appellant;

5. Herskowitz, Michael V. -Assistant United States Attorney;

6. Kitchens, Nathan Parker – Assistant United States Attorney;

7. Mund, Brian Z. – Assistant United States Attorney;

8. Sistla, Alex R. – Assistant United States Attorney;

9. Vineyard, Hon. Russell – United States Magistrate Judge;

10. Webster, Leigh Ann – Counsel for Defendant/Appellant;

No publicly-traded company or corporation has an interest in the outcome of this appeal or case.

Dated: this 31st day of March, 2025.

                                                  */s/ Leigh Ann Webster*  
                                                 Leigh Ann Webster  
                                                 Georgia Bar No. 968087  
                                                 Attorney for Appellant

STRICKLAND WEBSTER, LLC  
830 Glenwood Ave SE  
Suite 510-203  
Atlanta, GA 30316  
Telephone: (404) 590-7967  
Facsimile: (404) 393-3617  
law@stricklandwebster.com

MOTION TO EXTEND DEADLINE
FOR FILING INITIAL BRIEF

COMES NOW, ROBERT PURBECK, by and through undersigned counsel, and moves to extend the deadline for filing his initial brief.

Mr. Purbeck pled guilty and was sentenced to 120 months in custody. (Doc. 132). Mr. Purbeck requests a 45-day extension of time to submit his initial brief. In support thereof, he shows the following.

Since the transcripts were filed and the briefing notice issued, counsel has had other obligations that have prevented her from giving this case the necessary attention before the current deadline. Specifically, counsel has filed initial briefs in *United States v. DeAndre Cannon, United States v. Jamie Keith, United States v. Cornelius Leonard, United States v. Chang Goo Yoon* (First Circuit), in addition to having sentencing hearings in *United States v. Addaquay* and *United States v. Valdovinos*. Counsel was also preparing the initial brief in *United States v. Cedrick Hill*, which was due on April 1, 2025 until the briefing schedule was rescinded today, March 31, 2025. Further, counsel has a brief due in *In re Hayes* in the Georgia Court of Appeals on April 3, 2025.

Undersigned counsel has consulted with the government, and the government does not oppose this request.

1

WHEREFORE Mr. Purbeck requests that this Court extend the briefing deadline for 45 days, which would make the brief due on May 16, 2025.

Respectfully submitted, this 31st day of March, 2025.

/s/ *Leigh Ann Webster*
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Appellant

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

2

## CERTIFICATE OF COMPLIANCE

This brief contains 227 words, excluding the parts of the Motion exempted by Fed.R.App.P. 32(a)(7)(B)(iii).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed by uploading it with the Eleventh Circuit's Electronic Filing System which will automatically serve opposing counsel with the pleading.

Dated: This 31st day of March, 2025.

                                                */s/ Leigh Ann Webster*
                                                Leigh Ann Webster
                                                Georgia Bar No. 968087
                                                Attorney for Robert Purbeck

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com