IN THE

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

24-13841
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

ROBERT PURBECK,

Defendant-Appellant.
_____

A DIRECT APPEAL OF A CRIMINAL CASE
FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, NEWNAN DIVISION
_____

UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING INITIAL BRIEF

LEIGH ANN WEBSTER
Georgia State Bar Number: 968087
Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
404-590-7967

Attorney for Robert Purbeck

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  versus                          APPEAL NO. 24-13841

ROBERT PURBECK,

      Defendant - Appellant.
_____/

CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for certifies that the following listed attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal:

1. Batten Sr., Hon. Timothy C. – United States District Judge;

2. Bly, Hon. Christopher C. – United States Magistrate Judge;

3. Cannon, Hon. Regina D. – United States Magistrate Judge;

4. Hall, Andrew C. – Former counsel for Defendant/Appellant;

5. Herskowitz, Michael V. -Assistant United States Attorney;

6. Kitchens, Nathan Parker – Assistant United States Attorney;

7. Mund, Brian Z. – Assistant United States Attorney;

8. Sistla, Alex R. – Assistant United States Attorney;

9. Vineyard, Hon. Russell – United States Magistrate Judge;

10. Webster, Leigh Ann – Counsel for Defendant/Appellant;

No publicly-traded company or corporation has an interest in the outcome of this appeal or case.

Dated: this 18th day of June, 2025.

*/s/ Leigh Ann Webster*
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Robert Purbeck

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

## UNOPPOSED MOTION TO EXTEND DEADLINE
### FOR FILING INITIAL BRIEF

COMES NOW, ROBERT PURBECK, by and through undersigned counsel, and moves to extend the deadline for filing his initial brief.

Mr. Purbeck pled guilty and was sentenced to 120 months in custody. (Doc. 132). His brief is currently due on June 20, 2025. Mr. Purbeck requests that the deadline be extended until July 21, 2025. In support thereof, he shows the following.

Counsel is reluctantly requesting an extension of time to file the initial brief so that she can consult with Mr. Purbeck. As indicated in the previous motion, counsel needed time to consult with Mr. Purbeck, as Mr. Purbeck wants to be involved in identifying the arguments to be included in the initial brief. Counsel spoke with Mr. Purbeck on May 1, 2025, but indicated that she would have another call with him to discuss the arguments to be raised in the initial brief. Counsel returned from leave and attempted to schedule another call. Unfortunately, counsel learned today that Mr. Purbeck has now been moved to his designated facility. Counsel's experience with prior clients indicates that this process typically takes several weeks. Therefore, counsel is requesting that the deadline for Mr.

1

Purbeck's initial brief be extended to July 21, 2025, which allows 30 additional days to consult with Mr. Purbeck.

Undersigned counsel has consulted with the government, and the government does not oppose this request.

WHEREFORE Mr. Purbeck requests that this Court extend the briefing deadline until July 31, 2025.

Respectfully submitted, this 18th day of June, 2025.

/s/ Leigh Ann Webster
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Appellant

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia 30316
Telephone: (404) 590-7967
Facsimile: (404) 393-3617
law@stricklandwebster.com

## CERTIFICATE OF COMPLIANCE

This brief contains 250 words, excluding the parts of the Motion exempted by Fed.R.App.P. 32(a)(7)(B)(iii).

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed by uploading it with the Eleventh Circuit's Electronic Filing System which will automatically serve opposing counsel with the pleading.

Dated:  This 18th day of June, 2025.

/s/ Leigh Ann Webster
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Robert Purbeck

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
law@stricklandwebster.com

4