IN THE

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

24-13841
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

Versus

ROBERT PURBECK,

Defendant-Appellant.
_____

A DIRECT APPEAL OF A CRIMINAL CASE
FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, NEWNAN DIVISION
_____

MOTION TO WITHDRAW AS COUNSEL

LEIGH ANN WEBSTER
Georgia State Bar Number: 968087
Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
404-590-7967

Attorney for Robert Purbeck

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  versus                                  APPEAL NO. 24-13841

ROBERT PURBECK,

      Defendant - Appellant.
_____/

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for certifies that the following listed attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal:

1. Batten Sr., Hon. Timothy C. – United States District Judge;

2. Bly, Hon. Christopher C. – United States Magistrate Judge;

3. Cannon, Hon. Regina D. – United States Magistrate Judge;

4. Hall, Andrew C. – Former counsel for Defendant/Appellant;

5. Herskowitz, Michael V. -Assistant United States Attorney;

6. Kitchens, Nathan Parker – Assistant United States Attorney;

7. Mund, Brian Z. – Assistant United States Attorney;

8. Sistla, Alex R. – Assistant United States Attorney;

9. Vineyard, Hon. Russell – United States Magistrate Judge;

10. Webster, Leigh Ann – Counsel for Defendant/Appellant;

No publicly-traded company or corporation has an interest in the outcome of this appeal or case.

Dated: this 7th day of November, 2025.

/s/ Leigh Ann Webster
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Robert Purbeck

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
law@stricklandwebster.com

<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

COMES NOW undersigned counsel and moves to withdraw as counsel. In support thereof, she shows as follows:

Mr. Purbeck pled guilty and was sentenced to 120 months in custody. (Doc. 132). Undersigned counsel consulted with Mr. Purbeck prior to filing the brief and believed they were in agreement on the issues to raise in the brief. Counsel filed the brief on September 4, 2025. The government responded to that brief on October 6, 2025.

Since that time, counsel has received communication that Mr. Purbeck wishes her to withdraw as counsel. Recently, he filed a *pro se* motion to replace counsel, (doc. 34), but this Court indicated that it would not take action on the motion because he was represented by counsel and because it did not comply with the rule requiring a certificate of interested persons, (doc. 35). Although this Court is not taking action on said motion, the representations in said motion evidence a clear breakdown in the attorney-client relationship and in communications between undersigned counsel and Mr. Purbeck. The motion establishes that the attorney-client relationship has deteriorated such that they are incompatible. *See* 11th Cir. R. 46-10(c). Accordingly, she requests that she be permitted to withdraw and

1

new counsel be appointed to represent Mr. Purbeck in this appeal. As indicated in Mr. Purbeck's *pro se* motion, he joins in this request.

WHEREFORE undersigned counsel requests that she be permitted to withdraw from representing Mr. Purbeck in this appeal.

Respectfully submitted, this 7th day of November, 2025.

/s/ Leigh Ann Webster
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Appellant

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, Georgia 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
law@stricklandwebster.com

2

## CERTIFICATE OF COMPLIANCE

This brief contains 246 words, excluding the parts of the Motion exempted by Fed.R.App.P. 32(a)(7)(B)(iii).

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading was filed by uploading it with the Eleventh Circuit's Electronic Filing System which will automatically serve opposing counsel with the pleading.

Dated:  This 7th day of November, 2025.

*/s/ Leigh Ann Webster*
Leigh Ann Webster
Georgia Bar No. 968087
Attorney for Robert Purbeck

STRICKLAND WEBSTER, LLC
830 Glenwood Ave
Suite 510-203
Atlanta, GA 30316
Telephone: (404) 590-7967
Facsimile:  (404) 393-3617
law@stricklandwebster.com

4